# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JORGE LUIS DOMINGUEZ-TOLEDO | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:23-cr-00079<br>USM No. 62584-408<br><br>Thomas Williams<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 2, 6, 7, 8, 9, 10 & 11  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of another federal, state or local crime | 05/26/2022 |
| 2 | Commission of another federal, state or local crime | 12/21/2020 |
| 6 | Re-entering the United States without legal authorization after deportation | 05/26/2022 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓ Violation Number(s)  3, 4 and 5  are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: N/A

Defendant's Year of Birth:  1978

City and State of Defendant's Residence:
N/A

04/03/2024
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

April 9, 2024
Date

DEFENDANT: JORGE LUIS DOMINGUEZ-TOLEDO
CASE NUMBER: 3:23-cr-00079

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7 | Commission of another federal, state or local crime | 05/26/2022 |
| 8 | Commission of another federal, state or local crime | 05/26/2022 |
| 9 | Commission of another federal, state or local crime | 05/26/2022 |
| 10 | Commission of another federal, state or local crime | 05/26/2022 |
| 11 | Re-entering the United States without legal authorization after deportation | 05/26/2022 |

DEFENDANT: JORGE LUIS DOMINGUEZ-TOLEDO
CASE NUMBER: 3:23-cr-00079

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

18 months - 18 months to run concurrent with this Court's criminal case (3:22-cr-00303) and any potential sentence imposed in Davidson County Criminal Court, Docket Number 2022-C-1909.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JORGE LUIS DOMINGUEZ-TOLEDO
CASE NUMBER: 3:23-cr-00079

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No term of supervised release to follow term of incarceration in light of the imposition of a term of supervised release in this Court's case number 3:22-cr-00303.